# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-2266

_____

Jose Luis Valle Chacon

*Petitioner*

v.

Jefferson B. Sessions, III,[1] Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: May 10, 2017
Filed: May 25, 2017
[Unpublished]

_____

Before GRUENDER, ARNOLD, and KELLY, Circuit Judges.

_____

PER CURIAM.

_____

[1]Jefferson B. Sessions, III has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

Jose Luis Valle Chacon, a citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals adopting the decision of an immigration judge to deny Chacon both asylum and withholding of removal, after finding that Chacon was not credible, and had shown neither past persecution nor a well-founded fear of future persecution in El Salvador.[2]  After careful consideration, we conclude that substantial evidence on the record as a whole supports the denial of asylum and withholding of removal.  Accordingly, we deny the petition.  See 8th Cir. R. 47B.

_____

[2]The rulings regarding denial of relief under the Convention Against Torture and denial of voluntary departure are not before us.  See Chay-Velasquez v. Ashcroft, 367 F.3d 751, 756 (8th Cir. 2004).